

**ORDERED in the Southern District of Florida on July 16, 2015.**

Paul G. Hyman, Jr.
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:                                               CASE NO. 15-19494-PGH
                                                     CHAPTER 11

FJK PROPERTIES, INC.,

       Debtor.
_____/

**ORDER GRANTING DEBTOR'S MOTION TO RECONSIDER ORDER DISMISSING CASE AND FOR EXTENSION OF TIME TO FILE BANKRUPTCY SCHEDULES [ECF NO. 13]**

THIS MATTER came before the Court at hearing on **July 14, 2015 at 9:30 a.m.** upon the *Debtor-in-Possession's Motion to Reconsider Order Dismissing Case and For Extension of Time to File Bankruptcy Schedules; or In the Alternative Motion to Shorten Prejudice Period* [ECF NO. 13] the ("Motion to Reconsider") and upon the *Creditors' PJC Holdings, LLC and PJC Funding, LLC's Response in Opposition* thereto [ECF NO. 16] the ("Objection"). The Court, having consider the Motion to Reconsider and having heard argument of the parties, finds and decides as follows:

    1.    The Motion to Reconsider [ECF NO. 13] is Granted.

    2.    The Objection is overruled.

    3.    The Order Dismissing Case [ECF No. 10] is Vacated.

    4.    The Office of the United States Trustee shall reset a §341 Meeting of Creditors in this Chapter 11 proceeding.

5. The request for extension of time to file Schedules and other required documents is Granted and the deadline for the Debtor to file its Schedules and Statement of Financial Affairs and other required documents is **July 14, 2015.**

6. The request in the Motion to Shorten Prejudice Period is denied as moot.

# # #

**SUBMITTED BY:**
Robert C. Furr, Esq.
Furr and Cohen, P.A.
Attorney for Debtor
2255 Glades Road, Suite 337W
Boca Raton, FL  33431
(561)395-0500/ (561)338-7532 fax
e-mail: rfur@furrcohen.com
Fla. Bar No. 210854

Attorney Robert C. Furr is directed to serve a copy of this Order upon all parties and file a certificate of service with the Court.